IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, <br> CENTRAL LABORERS' WELFARE FUND, <br> CENTRAL LABORERS' ANNUITY FUND, <br> and RUSSELL DAVENPORT, TRUSTEE, <br><br> Plaintiffs, <br><br> vs. <br><br> PERRY COUNTY CONSTRUCTION COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-CV-985-NJR-DGW <br> ) <br> ) <br> ) <br> ) <br> ) |

# DEFAULT JUDGMENT

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 28, 2018, judgment is entered against Defendant Perry County Construction Company and in favor of Plaintiff as follows:

- $3,715.39 in delinquent contributions;
- $371.54 in liquidated damages;
- $634.50 for reasonable attorney's fees; and
- $500.00, for the filing fee and cost of service.

**IT IS FURTHER ORDERED AND ADJUDGED** that this entire action is **DISMISSED** with prejudice.

DATED: September 28, 2018

THOMAS L. GALBRAITH,
Acting Clerk

By:   s/ Deana Brinkley
        Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge